UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER REDFOOT, et al.,

    Plaintiffs,

    v.

B.F. ASCHER & COMPANY, et al.,

    Defendants.
_____/

No. C 05-2045 PJH

**ORDER**

    The court is in receipt of a request dated April 3, 2006, from counsel for defendant B.F. Ascher & Company, seeking "assistance in issuing" two subpoenas duces tecum for documents allegedly in the possession of the Department of Veterans Affairs in Florida and the Air Reserve Personnel Center in Denver, Colorado. The request is DENIED as improperly made. See Civil Local Rules 7-2 and 7-11.

    Moreover, a subpoena issued by this district would not be enforceable in Florida or Colorado, as it is beyond this court's power to compel compliance with a third-party subpoena for documents not located within this court's jurisdiction. See Federal Rule of Civil Procedure 45(a), (b), and (c).

**IT IS SO ORDERED.**

Dated: April 7, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge