1  C. Andrew Waters, Esq. CA Bar No. 147259
2  **WATERS & KRAUS, L.L.P.**
   Continental Grand Plaza I
3  300 North Continental Blvd., Suite 500
   El Segundo, California 90245
4  Tel: (310) 414-8146
5  Fax: (310) 414-8156

6  Laurel L. Simes, Esq. CA Bar No. 134637
   **LEVIN SIMES KAISER & GORNICK, LLP**
7  44 Montgomery Street, 36th Floor
   San Francisco, California 94104
8  Tel: (415) 646-7160
9  Fax: (415) 981-1270

10 Attorneys for Plaintiffs, Alexander Redfoot,
   a Minor, by and through his Guardian
11 ad Litem Michell Redfoot; Michell Redfoot

12 Robert Joseph Brown, Esq. CA Bar No. 63323
   **LAW OFFICES OF DENNIS P. ISAAC**
13 Two Rincon Center
   121 Spear Street, Suite 410
14 San Francisco, CA 94105
15 Tel: (415) 836-2626
   Fax: (415) 836-2626
16
17 Attorneys for Defendant,
   Kolmar Laboratories, Inc.
18

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER REDFOOT, a Minor, by and through his Guardian ad Litem, MICHELL REDFOOT; MICHELL REDFOOT, <br><br> Plaintiffs, <br><br> vs. <br><br> B.F. ASCHER & COMPANY, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C05-02045 PJH <br><br> STIPULATION AND ORDER CONTINUING HEARING OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND RULE 26 INITIAL DISCLOSURES FROM DEFENDANT KOLMAR LABORATORIES, INC. |

1
STIPULATION AND ORDER CONTINUING PLAINTIFFS' MOTION TO COMPEL

This stipulation is made by and between Plaintiffs ALEXANDER REDFOOT, et al. and Defendant KOLMAR LABORATORIES, INC., by and through their respective attorneys of record, Levin Simes Kaiser & Gornick LLP, and the Law Offices of Dennis P. Isaac. The parties hereby stipulate as follows:

The hearing of Plaintiffs' Motion to Compel Discovery Responses and Rule 26 Initial Disclosures from Defendant Kolmar Laboratories, Inc. shall be continued from January 10, 2007 at 10:30 a.m. to January 17, 2007 at 10:30 a.m. before Magistrate Judge Edward M. Chen.

Dated: January 9, 2007

WATERS & KRAUS, L.L.P.
LEVIN SIMES KAISER & GORNICK, LLP

_____
for Laurel L. Simes
Attorneys for Plaintiffs

Dated: January 9, 2007

LAW OFFICES OF DENNIS P. ISAAC

_____
for Robert J. Brown
Attorneys for Defendant
Kolmar Laboratories, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 10, 2007

IT IS SO ORDERED
Judge Edward M. Chen

---

2
STIPULATION AND ORDER CONTINUING PLAINTIFFS' MOTION TO COMPEL